UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEAN T. MORIN,

            Petitioner,

v.

DOUG WADDINGTON,

            Respondent.

No. C07-1240 MJP-JPD

ORDER OF DISMISSAL

The Court, having reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 5), Respondent's answer to the petition (Dkt. No. 17), Petitioner's Response Brief (Dkt. No. 21), the Report and Recommendation of Honorable United States Magistrate Judge James P. Donohue (Dkt. No. 24), Mr. Morin's objections to the Report and Recommendation (Dkt. Nos. 25 & 26), and the remaining record, finds and Orders as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Petitioner's federal habeas petition (Dkt. No. 5) is DISMISSED, with prejudice, under 28 U.S.C. § 2244(d); and

(3) The Clerk is directed to send copies of this Order to the Petitioner, to counsel for the Respondent, and to the Hon. Judge Donohue.

ORDER - 1

1  Dated: May 28, 2008

Marsha J. Pechman

U.S. District Judge

ORDER - 2